B 2030 (form 2030) 12/15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE: BAHMAN RAFYNIA
       DEBTOR                                                   Case No. 21-41061
                                                                            Chapter 13

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C§329(a) and Fed Bankr.P.. 2016(b), I certify that I am the attorney for the above named debtor and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me within 1 year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I haveagreed to accept . . . . . . . . $ 2,500.00
    Prior tio the filing of this statement,I have received  $1,100.00
    Balance Due.............................................................        $1,400.00

2. The source of the compensation paid to me was the debtor
3. The source of compnsation to be paid to me is the debtor
4. I have not agreed to share the above disclosed compensation with any other person unless the are members and associates of my law firm.
5. In return for the above disclosed fee, I have agreed to render legal services for allk aspects of the bankruptcy case, icluding.
    a. Analysis of trh debtor's financial situation, and rendering advice to the debtor in determining whether to file a bankruptcy;
    b. preparation anf filing any petition, schedules, statement of affairs and plan which may be required
    c. represntation of the debtor at the meeting of creditors, and any adjourned hearings thereof.
    d. representatioin of the debtor in adversary proceedings and other contested matters
6. By agreeement with the debtor the above fee does not include Filing a motion to void a lien on debtors real property or to file a motion to add creditors

CERIFICATION

I CERIFY THAT THE FOREGOING IS A COMPLETE STATEMENT OF ANY AGREEMENT OR ARRANGEMENT FOR PAYMENT TO ME FOR REPRESENTATION OF THE DEBTOR IN THIS BANKRUPTCY PROCEEDING.

    April 24, 2021           /s/Howard S. Warner